AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

MAY -5 2019

SOUTHERN DISTRICT OF TEXAS

David J. Bradley, Clerk

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Santiago Vasquez-Santa Maria

AKA: Santiago Santa Maria-Vasquez

IAE   YOB:   1969
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-19-1025-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 4, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Santiago Vasquez- Santa Maria was encountered by Border Patrol Agents near Hidalgo, Texas on May 4, 2019. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 04, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 24, 2014 through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 6, 2013, the defendant was convicted 8 USC 1326 Being found in the U.S. after previous deportation and was sentenced to thirty (30) months confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 5, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Cipriano Shears
Signature of Complainant

Cipriano Shears   Senior Patrol Agent

4:02 p.m.

May 5, 2019

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Pete E Ormsby
Signature of Judicial Officer